**2013–0802. First Place Bank v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2013–Y–252. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of the joint motion of all parties for remand to the Ohio Board of Tax Appeals, it is ordered by the court that the cause is remanded to the Board of Tax Appeals to take further action as appropriate.

It is further ordered that a mandate be sent to and filed with the Board of Tax Appeals.

**2014–1862. State v. Myers.**
Warren C.P. No. 14CR29826. This cause is pending before the court as a death-penalty appeal from the Court of Common Pleas of Warren County.

Upon consideration of appellant's motion for extension of time to file the record, it is ordered by the court that the motion is granted. The record shall be filed no later than April 27, 2015.

**2015–0159. State ex rel. R.W. v. Williams.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition.

Upon consideration thereof, it is ordered by the court that an alternative writ is granted and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. 12.05:

The parties shall file any evidence they intend to present within 20 days of the date of this entry; relator shall file a brief within 10 days of the filing of the evidence; respondent shall file a brief within 20 days after the filing of relator's brief; and relator may file a reply brief within 7 days after the filing of respondent's brief.

O'DONNELL and KENNEDY, JJ., dissent and would dismiss the petition.

**2013–0781. State v. Castagnola.**
Summit App. Nos. 26185 and 26186, 2013-Ohio-1215. It is ordered by the court, sua sponte, that state's exhibits 5, 6, 7, 8, 9, and 10 are placed under seal.